# Court of Appeals of the State of Georgia

ATLANTA,  February 24, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1271. LUCIOUS L. JOHNSON v. NATHAN BROOKS, WARDEN et al.

Prisoner Lucious L. Johnson filed a mandamus petition in the superior court of the county in which he is incarcerated. The superior court dismissed the petition, and Johnson filed this direct appeal.[1]

Johnson's mandamus petition was not filed under his criminal case, but as a separate civil action. Accordingly, his appeal is governed by the Prison Litigation Reform Act, which requires that any appeal in a civil case that was initiated by a prisoner must come by discretionary application. See OCGA § 42-12-8; *Brock v. Hardman*, 303 Ga. 729, 731 (2) (814 SE2d 736) (2018). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Because Johnson failed to file a discretionary application, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/24/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Johnson filed the appeal in the Supreme Court, which transferred the matter to this Court. See Case Number S20A0647, decided Jan. 13, 2020.